■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GRIGGS, Appellant. [1 NYS3d 873]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered May 15, 2013. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (three counts), assault in the first degree and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.

■ In the Matter of CLARENCE MYLES, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [1 NYS3d 873]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered September 16, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.

■ PAULA S. MORRIS, Respondent, v J. BRADFORD MORRIS, Appellant. [999 NYS2d 784]—Appeal from an order of the Supreme Court, Chautauqua County (Deborah A. Chimes, J.), entered February 7, 2014 in a divorce action. The order, among other things, granted in part plaintiff's motion for pendente lite relief and denied defendant's cross motion for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 20, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.